UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-3003⁴⁺-)) |
| ) | |
| ) | 21 U.S.C. § 841 (Distribution |
| v.                      ) | and Possession with Intent to |
| ) | Distribute Cocaine Base) |
| ) | (Counts One and Two) |
| ) | |
| JOSE ALICEA,            ) | 18 U.S.C. § 2 (Aiding and |
|         Defendant.      ) | Abetting)(Counts One and Two) |

### INDICTMENT

The Grand Jury charges that:

COUNT ONE:    (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting)

On or about January 19, 2005, in Hampden County, in the District of Massachusetts,

JOSE ALICEA,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:        (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting)

1.  On or about January 20, 2005, in Hampden County, in the District of Massachusetts,

JOSE ALICEA,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

2.  The offense described in Paragraph One of Count Two of this Indictment involved five grams or more of a mixture or substance containing cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>FORFEITURE ALLEGATION</u>

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One and Two of this Indictment,

JOSE ALICEA,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Todd E. Newhouse
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand Jurors and filed on June 9, 2005.

_____
Deputy Clerk of Court

3:55 PM

5

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Massachusetts    **Category No.** 2    **Investigating Agency** FBI

**City** Springfield    **Related Case Information:**

**County** Hampden

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jose Alicea    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   61 Central Street (61B), Springfield, MA

Birth date (Year only): 1987   SSN (last 4 #): 6788   Sex M   Race: Hispanic   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Todd E. Newhouse    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment
Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9, 2005    Signature of AUSA: _____

≪JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse _____ ___

District Court Case Number  (To be filled in by deputy clerk): _____ ___

Name of Defendant     Jose Alicea _____ ___

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841 | Distribution & Possession w/Intent to Distribute Cocaine Base | 1-2 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1-2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**