AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.  **APPEARANCE**

JOSE ALICEA

Case Number: 05-300 34-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   The United States of America

I certify that I am admitted to practice in this court.

June 9, 2005
Date

Signature

Todd E. Newhouse
Print Name                                               Bar Number

1550 Main Street, Rm 310
Address

Springfield            MA       01103
City                   State         Zip Code

(413) 785-0235         (413) 785-0394
Phone Number                              Fax Number