AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE ALICEA

**WARRANT FOR ARREST**

SEALED

CASE NUMBER: 05-30037 map

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        JOSE ALICEA
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

distribution and possession with intent to distribute cocaine base

in violation of
Title                    18            United States Code, Section(s)  841

Kenneth P. Neiman
Name of Issuing Officer

Kenneth P. Neiman
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

June 9, 2005    Springfield, Mass.
Date and Location

Bail fixed at $ _____  by _____
                                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  258 Locust St    Springfield, MA |

| DATE RECEIVED 6/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/05 | SA  Mark S. Karangekis | Mark S/C |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  JOSE ALICEA

ALIAS:

LAST KNOWN RESIDENCE:  61 Central Street (61B), Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Holyoke, MA

DATE OF BIRTH (4 digit year):  00-00-1987

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 6788

HEIGHT: 5'4"                                    WEIGHT: 130 lbs

SEX:    MALE                                    RACE:    Hispanic

HAIR:    Black                                   EYES:    Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  FBI (Springfield, MA)