UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 05 30037 |
| V. | ) | |
| JOSE ALICEA, | ) | |
|     Defendant | ) | |

### MOTION TO CONTINUE CONFERENCE DATE
### ASSENTED TO

The undersigned requests to continue a conference date from July 27, 2005, @ 2 p.m., to August 1, 2005, @ 2 p.m. As grounds, counsel has a conflict on July 27. I have contacted AUSA Todd Newhouse and he assents to this request.

THE DEFENDANT
By His/Her Attorney

*/s/ Edward B. Fogarty*

———————————————
Edward B. Fogarty, Esquire
101 State Street - Suite 321
Springfield MA. 01103
Tel: (413) 827 0174
Fax: (413) 737 7782
BBO: 173090

Date: June 28, 2005

### CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be served upon all parties, via hand service, 1st class mail, email or facsimile.

Edward Fogarty