UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 05 30037 |
| V. | ) | |
| JOSE ALICEA, | ) | |
| Defendant | ) | |

## MOTION TO CONTINUE CONFERENCE DATE

The undersigned requests to continue a conference date from August 1, 2005, @ 10 a.m. As grounds, counsel wishes to attend a funeral service for Judge Thomas Curley of the Superior Court, who passed away this week. It will be a day long trip as the funeral is in Pittsfield.

I am available August 8, 18, 19, 29, 30, 31 anytime. August 2 in the _afternoon_, August 9 in the _afternoon_. I have left a message regarding this matter with AUSA Todd Newhouse and have faxed to him this motion.

THE DEFENDANT
By His/Her Attorney

_[signature]_

Edward B. Fogarty, Esquire
101 State Street - Suite 321
Springfield MA. 01103
Tel: (413) 827 0174
Fax: (413) 737 7782
BBO: 173090

Date: July 29, 2005

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be served upon all parties, via hand service, 1st class mail, email or facsimile.

Edward Fogarty