UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30037-MAP |
| v. ) | |
| ) | |
| JOSE ALICEA, ) | |
| Defendant. ) | |

MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government faxed a draft to Edward B. Fogarty, Esq., counsel for defendant Alicea, on July 29, 2005.

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The defendant has not requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E).

3. The parties do not anticipate providing additional discovery as the result of future receipt of information.

4. The defendant may ~~does not intend~~ to raise a defense of insanity or public authority.

5. The government has requested notice of alibi by the defendant and there has been no response by the defendant.

6. The defendant may ~~has not filed and does not intend to~~ file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial

1

pursuant to Fed. R. Crim. Pro. 12(c).

7.   It is not necessary to schedule any matter in the case other than a Pretrial Conference.

8.   The parties are not currently engaging in plea negotiations.

9.   The parties agree that there are periods of excludable delay.  The parties agree that the time frame from arraignment, June 17, 2005 through July 1, 2005 is excludable under Local Rule 112.2(A)(1).  There were no motions or discovery letters filed.

Therefore, as of the day of the Status Conference on August 1, 2005, 31 days have run and 39 days remain on the Speedy Trial clock which will require that, if necessary, a trial commence on or before September 9, 2005.

10.  In the event that a trial is necessary the trial will last approximately 5 days.

11.   A date convenient with the Court should be established for the Pretrial Conference.

Filed this 29th day of July, 2005.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney


                        TODD E. NEWHOUSE
                        Assistant United States Attorney

On behalf of defendant Alicea:


EDWARD B. FOGARTY, ESQ.
Counsel for defendant Alicea

## CERTIFICATE OF SERVICE

Hampden, ss.                     Springfield, Massachusetts
                                      July 29, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

                        TODD E. NEWHOUSE
                        Assistant U.S. Attorney