

# M E M O R A N D U M

To:     Honorable Kenneth P. Neiman,
        U.S. Magistrate Judge

From:   Irma Garcia Zingarelli
        U.S. Pretrial Services Officer

RE:     ALICEA, Jose
        CR.#: 05-30034-01

Date:   September 15, 2005

On June 15, 2005, the above named defendant appeared before Your Honor after being named in an Indictment charging him with Distribution and Possession with Intent to Distribute Cocaine and Cocaine Base in violation of Title 21, U.S.C. Section 841 and Title 18, U.S.C., Section 2. The defendant was ordered temporarily detained. On June 17, 2005, the defendant appeared before Your Honor and was ordered released on a $10,000 unsecured bond and the following conditions:

1. Curfew from 4:00 p.m. until 8:00 with electronic monitoring
2. Report to Pretrial Services as directed
3. Maintain/seek employment
4. Third party custody to mother Elizabeth Maldonado
5. Maintain residence at 59 Central St., Springfield, MA
6. Travel restricted to District of MA and do not travel to Locust St. area in Springfield, MA
7. No contact with witnesses, co-defendants, or member of Latin King Gang (or other street gangs)
8. Attend mental health treatment and take medications as directed
9. Government an place pen register/trap and trace calls at defendant's house.
10. Do not possess use/any illegal narcotics
11. Submit to random drug testing
12. Must remove all extra features from telephone line
13. Statutory conditions

Please be advised that on September 9, 2005, Mr. Alicea appeared at the Springfield District Court for a violation hearing (failure to remain drug/alcohol free). His conditions were revoked and he has been ordered to serve 127 days.

In light of the above I am recommending that a detainer be lodged.  Please advise if you concur.

Cc. Todd Newhouse, AUSA
    Edwuard Fogarty, Esq