UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30034-MAP |
| v. ) | |
| ) | |
| JOSE ALICEA, ) | |
| Defendant. ) | |

<u>MEMORANDUM PURSUANT TO LOCAL RULE 116.5</u>

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government faxed a draft to Edward B. Fogarty, Esq., counsel for defendant Alicea, on September 27, 2005.

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The defendant has not requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E).

3. The parties do not anticipate providing additional discovery as the result of future receipt of information.

4. The defendant does not intend to raise a defense of insanity or public authority.

5. The government has requested notice of alibi by the defendant and there has been no response by the defendant.

6. The defendant has not filed and does not intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial

pursuant to Fed. R. Crim. Pro. 12(c).

7. It is not necessary to schedule any matter in the case other than a Pretrial Conference.

8. The parties are currently engaging in plea negotiations.

9. The parties agree that there are periods of excludable delay. The parties agree that the time frame from arraignment, June 17, 2005 through July 1, 2005 is excludable under Local Rule 112.2(A)(1). Further, at the August 8, 2005 Status Conference, the Court, at the joint request of the parties, excluded the time between August 8, 2005 and September 29, 2005 from the Speedy Trial time period in the interests of justice. There were no motions or discovery letters filed.

Therefore, as of the day of the Status Conference on September 29, 2005, 31 days have run and 39 days remain on the Speedy Trial clock which will require that, if necessary, a trial commence on or before November 7, 2005.

10. In the event that a trial is necessary the trial will last approximately 5 days.

11. A date convenient with the Court should be established for the Pretrial Conference.

Filed this 27th day of September, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
TODD E. NEWHOUSE
Assistant United States Attorney

On behalf of defendant Alicea:

_____
EDWARD B. FOGARTY, ESQ.
Counsel for defendant Alicea

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       September 27, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant U.S. Attorney

3