UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 05-30037-MAP |
| ) | |
| ) | |
| JOSE ALICEA, ) | |
| Defendant ) | |

FINAL STATUS REPORT
September 29, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A pretrial conference has been scheduled for October 27, 2005 at 2:00 p.m. in Courtroom I.

2. Defendant does not intend to raise a defense of insanity or public authority.

3. All discovery has been completed.

4. The parties are currently engaging in plea negotiations.

5. The parties report and the court finds that twenty-one days will have run on the Speedy Trial clock as of October 27, 2005. An Order of Excludable Delay will issue.

6. There are no other matters relevant to the progress or resolution of the case.

                                                     /s/ Kenneth P. Neiman
                                                     KENNETH P. NEIMAN
                                                     U.S. Magistrate Judge