UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 05 30037 |
| V. | ) | |
| JOSE ALICEA, | ) | |
| Defendant | ) | |

## MOTION TO CONTINUE CONFERENCE DATE
## ASSENTED TO

The undersigned requests to continue a conference date from October 27, 2005, @ 2 p.m., to a mutually agreeable date @ 2 p.m. As grounds, counsel has been called for trial in Hampden County Superior Court in Comm. v. Perez, # 04 1196. I have contacted AUSA Todd Newhouse and he assents to this request.

Counsel has consulted with AUSA Newhouse and the following are good dates for each @ 2 p.m.
1. November 8: Counsel has another matter in U.S. District Court before Neiman, J., @ 12:45 p.m., USA v. Darryl Burns USDC 0530057 MAP.
2. November 14, 15, 16, 17, 21, 22.
3. Please *exclude* from consideration: November 2, 3, 4, 9, 10, 18, 23, 28, 29, 30 as either the undersigned or Mr. Newhouse have previous afternoon appointments on those dates.

THE DEFENDANT
By His/Her Attorney

*Edward B. Fogarty* (signature)

_____
Edward B. Fogarty, Esquire
101 State Street - Suite 321
Springfield MA. 01103
Tel: (413) 827 0174
Fax: (413) 737 7782
BBO: 173090

Date: October 26, 2005

## CERTIFICATE OF SERVICE
I certify that I have caused a copy of the foregoing to be served upon all parties, via hand service, 1st class mail, email or facsimile.

Edward Fogarty