# FAX COVER

To: John Stuckenbruck

Company : U.S. District Court

Fax Number : 785-0204

From : Edward Fogarty

Company : Fogarty Legal Services

Fax Number : 413-737-7782

Subject : Alicea, Jose USDC 05 30037

Pages including cover page: 1      Time : 12:57:02 PM      Date : 11/9/2005

## MESSAGE

John,
I received a call from the client's family that this case is scheduled for Monday, Nov. 14. I don't recall getting anything on this, but in any event I have been scheduled in Pittsfield that day @ 2 before Judge Ford on a Sexually Dangerous Person matter that is pretty significant. I believe in my original letter to you of Oct. 26 I had the 14th open, but that has changed in the interim. I would ask for Nov. 15, 17, 21 or 22 preferably @ 1, if that is possible, which is lunch hour for the state courts and avoid conflicts.  I know those dates were ok with AUSA Newhouse when I originally spoke with him.

Again, this is only based upon the call from the client's family.

Ed

cc: Todd Newhouse, Esq.

WinFax PRO Cover Page