UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 05 30037 |
| V. | ) | |
| JOSE ALICEA, | ) | |
|     Defendant | ) | |

## MOTION TO CONTINUE CHANGE OF PLEA

    The undersigned requests to continue a scheduled change of plea from December 14, 2005, to a mutually agreeable date. As grounds, counsel has been called for trial on two cases in Hampden County Superior Court. The 1st., Comm. v. Serrano, an armed robbery with a motion to suppress identification, will begin today before Judge Sweeney. It is expected to be a jury trial that will last at least through Wednesday. The 2nd, Comm. v .Perez, a drug case with mental illness issues, is scheduled to go to trial after before Judge Ford. By way of explanation, trials in Superior Court are held in line for trial and counsel has no way to determine when they will be called. The two cases have been awaiting trial for approximately one month.
    Further, counsel had planned to meet with the client this week to prepare for the change in plea, but due to these two trials will be unable to do so.
    For the court's reference I am available in the afternoons of January 4, 10, 11, 12, 19, 24, 25, 26, 31.
    I have left a message regarding this matter with AUSA Todd Newhouse and have faxed to him this motion.

                                                  THE DEFENDANT
                                                  By His/Her Attorney

                                                  */s/ Edward B. Fogarty*

                                                  Edward B. Fogarty, Esquire
                                                  101 State Street - Suite 321
                                                  Springfield MA. 01103
                                                  Tel: (413) 827 0174
                                                  Fax: (413) 737 7782
                                                  BBO: 173090

Date: December 12, 2005

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be served upon all parties, via hand service, 1st class mail, email or facsimile.

                                                                       Edward Fogarty