UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>JOSE ALICEA, )<br>    Defendant. ) | Criminal No. 05-30037-MAP |

### GOVERNMENT'S MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from October 27, 2005 through February 28, 2006 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

During the September 29, 2005, Status Conference the defendant requested time within which to review DVD's of the drug deals provided during discovery and a Pretrial Conference was scheduled for October 27, 2005. The defendant requested a continuance of the Pretrial Conference which was allowed and rescheduled for November 17, 2005. During the November 17, 2005, Pretrial Conference the defendant stated he intended to plead guilty and a change of plea conference was scheduled for December 14, 2005. At the defendant's request the change of plea conference was continued until January 10, 2006. On January 10, 2006 the defendant requested a mental health evaluation prior to

1

entering a change of plea. Further, because the defendant's criminal history recently changed resulting in the defendant no longer being eligible for the safety valve, the defendant requested time within which to determine whether he would enter a change of plea or go to trial. The case was then continued until February 28, 2006, for a Status Conference. The exclusion of this time from the Speedy Trial time period is in the interests of justice. The defendant assents to this request.

Therefore, the government moves that the Court exclude the time between October 27, 2005 through February 28, 2006 from the speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                          By: /s/ Todd E. Newhouse

                                _____
                                TODD E. NEWHOUSE
                                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                January 12, 2006

   I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

                                /s/ Todd E. Newhouse
                                TODD E. NEWHOUSE
                                Assistant U.S. Attorney

2