

U.S. Department of Justice

United States Attorney
District of Massachusetts

FILED
'S OFFICE

2006 JAN 13 P 3: 15

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

January 13, 2006

Edward B. Fogarty, Esq.
101 State Street
Springfield, MA 01103

    Re:  <u>United States v. Jose Alicea</u>
         Criminal No. 05-30037-MAP

Dear Attorney Fogarty:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed documents bates stamped 001-00075 regarding the government's cooperating witness.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

               By:

                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);