UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 05 30037 |
| V. | ) | |
| JOSE ALICEA, | ) | |
| Defendant | ) | |

## MOTION TO CHANGE CONDITIONS OF PRE RELEASE

Counsel moves the court permit change in conditions of Defendant's pre release to changes his residency:

From  Jose Alicea c/o Elizabeth Maldonado
      59 Central Sreet * Apt. B
      Springfield, MA.

To:   Jose Alicea c/o Elsie Acevedo
      15 Central Sreet * Apt. B
      Springfield, MA.
      Tel: 413 787 1737

As grounds, upon information and belief, Massachusetts Department of Social Services has ordered Defendant must remove from the current address as there are too many persons residing at that address. DSS has stated that if Defendant remains, it will take custody of other young children at that address (children of Elizabeth Maldonado, mother of Defendant). Upon information and belief, Pre Trial Services may have already undertaken efforts in this direction.

THE DEFENDANT
By His/Her Attorney

*Edward B. Fogarty*

Edward B. Fogarty, Esquire
101 State Street - Suite 321
Springfield MA. 01103
Tel: (413) 827 0174
Fax: (413) 737 7782
BBO: 173090

Date: January 20, 2006

## CERTIFICATE OF SERVICE

I certify that I have left telephone messages to both AUSA Todd Newhouse and Pre Trial Services Irma Zingarelli and faxed a copy of this motion to them

Edward Fogarty

# FOGARTY LEGAL SERVICES

Edward B. Fogarty, Esq.
101 State Street * Suite 321
Springfield, MA 01103
Tel: (413) 827 0174
Fax – direct: (413) 737 7782
Fax – alternative: (413) 746 9801
Email: efogarty@charter.net

January 20, 2006

Bethaney Healy
Clerk to Judge Neiman
U.S. District Court - Western District
Federal Building and Courthouse
1550 Main Street
Springfield, MA. 01103-1422

RE:   USA v. Jose Alicea # 05 30037

Dear Clerk,

    Enclosed is a Motion To Change Conditions Of Pre Release which we discussed today by phone. I have telephoned both the U.S. Attorney Office and Pre Trial Services concerning this Motion, and left voice mail messages, as well as faxed the same. I believe Pre Trial Services is already undertaking efforts in this same direction. If a hearing is needed please let me know. I am available any time Monday or Tuesday afternoon.

Sincerely,

Edward B. Fogarty

cc:   Todd Newhouse, Esq.; Pre Trial Services
      Mr. Jose Alicea
      59 Central Sreet * Apt. B
      Springfield, MA.

Encl: