UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2006 JAN 20 P 12:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO: 05-30037 |
| V. ) | |
| JOSE ALICEA, ) | |
|     Defendant ) | |

## MOTION TO CHANGE CONDITIONS OF PRE RELEASE

    Counsel moves the court permit change in conditions of Defendant's pre release to changes his residency:

    From   Jose Alicea c/o Elizabeth Maldonado
               59 Central Sreet * Apt. B
               Springfield, MA.

    To:     Jose Alicea c/o Elsie Acevedo
               15 Central Sreet * Apt. B
               Springfield, MA.
               Tel: 413 787 1737

    As grounds, upon information and belief, Massachusetts Department of Social Services has ordered Defendant must remove from the current address as there are too many persons residing at that address. DSS has stated that if Defendant remains, it will take custody of other young children at that address (children of Elizabeth Maldonado, mother of Defendant). Upon information and belief, Pre Trial Services may have already undertaken efforts in this direction.

                                                 THE DEFENDANT
                                                 By His/Her Attorney

                                                 /s/ Edward B. Fogarty

                                                 Edward B. Fogarty, Esquire
                                                 101 State Street - Suite 321
                                                 Springfield MA. 01103
                                                 Tel: (413) 827 0174
                                                 Fax: (413) 737 7782
                                                 BBO: 173090

Date: January 20, 2006

## CERTIFICATE OF SERVICE

I certify that I have left telephone messages to both AUSA Todd Newhouse and Pre Trial Services Irma Zingarelli and faxed a copy of this motion to them
                                                                                Edward Fogarty