UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
V. )
JOSE ALICEA, ) CRIMINAL NO: 05-30037
　　　Defendant )
 )

## MOTION TO CONTINUE CHANGE OF PLEA ASSENTED TO

The undersigned requests to continue a scheduled change of plea from February 28, 2005, @ 3 p.m. to a mutually agreeable date. As grounds, counsel has just filed in the Springfield District Court a Motion to Revise & Revoke (Mass.R.Crim.Pro. 29), seeking to reduce the sentence imposed from 127 days to something less than 60-days, to meet the requirements of the U.S. Sentencing Guidelines, § 5 C1.2, and have the Defendant eligible for the "Safety Valve" provision. Counsel was delayed in submitting the Motion due to difficulty in locating the Springfield District Court docket sheets.

I have contacted, AUSA Todd Newhouse and he has indicated his assent to this request. I would hope to have this Motion resolved within the next three weeks; I will attempt to get before the sentencing judge, Ryan, J., as soon as he is available.

For the court's reference both Mr. Newhouse and I are available March 20, 21, 22 & 24. I am not free on March 23.

I have left a message regarding this matter with AUSA Todd Newhouse and have faxed to him this motion.

THE DEFENDANT
By His/Her Attorney

_Edward B. Fogarty_

_____
Edward B. Fogarty, Esquire
101 State Street - Suite 321
Springfield MA. 01103
Tel: (413) 827 0174
Fax: (413) 737 7782
BBO: 173090

Date: February 22, 2006

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be served upon all parties, via hand service, 1st class mail, email or facsimile.

　　　　　　　　　　　　　　　　　　　　　　Edward Fogarty