UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 05 30037 |
| V. | ) | |
| JOSE ALICEA, | ) | |
| Defendant | ) | |

## MOTION TO CONTINUE CHANGE OF PLEA

    The undersigned requests to continue a scheduled change of plea from March 21, 2006, @ 2 p.m. to a mutually agreeable date. As grounds, counsel has filed in the Springfield District Court a Motion to Revise & Revoke (Mass.R.Crim.Pro. 29), seeking to reduce the sentence imposed from 127 days to something less than 60-days, to meet the requirements of the U.S. Sentencing Guidelines, § 5 C1.2, and have the Defendant eligible for the "Safety Valve" provision. Counsel was delayed in submitting the Motion due to difficulty in locating the Springfield District Court docket sheets. Counsel has submitted a letter to the sentencing judge, Ryan, J., seeking a hearing but thus far none has been scheduled.

    Counsel understands the Court's reluctance for such continuances, however it is counsel's obligation to make such a request for the benefit of the client, who is 19-years-old. The Defendant had just turned 18 at the time of the indicted offense.

    Counsel has attached a copy of a letter to Judge Ryan for the Court's reference. Counsel telephoned Judge Ryan's lobby as well.

THE DEFENDANT
By His/Her Attorney

*Edward B. Fogarty*

_____
Edward B. Fogarty, Esquire
101 State Street - Suite 321
Springfield MA. 01103
Tel: (413) 827 0174
Fax: (413) 737 7782
BBO: 173090

Date: March 17, 2006

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be served upon AUSA Todd Newhouse, via facsimile.

                                                                   Edward Fogarty

## FOGARTY LEGAL SERVICES

**Edward B. Fogarty, Esq.**
101 State Street * Suite 321
Springfield, MA. 01103
Tel: (413) 827 0174
Fax – direct: (413) 737 7782
Fax – alternative: (413) 746 9801
Email: efogarty@charter.net



March 13, 2006

RE: Comm v. Alicea, Jose

Springfield District Court # 0423CR003830

<u>VIA FACSIMILE 413 538 8831</u>
Honorable Michael Ryan
C/o Holyoke District Court
50 State Street
Holyoke, MA. 01103

Dear Judge Ryan

Subject: Motion Revise Revoke ("Motion")

    I filed in February in Springfield District Court in the referenced matter the attached Motion to Revise and/or Revoke, which requires a hearing before yourself, the sentencing judge. The Defendant faces a federal charge, in which this conviction presents serious sentencing issues, unless his existing sentence is revised. All this is explained in detail in the motion.

    His plea in federal court is now marked for next Tuesday, March 21 @ 2 p.m. I had been awaiting your appearance in Springfield District Court, however as this has not occurred and the federal plea date is approaching I have undertaken to seek a hearing through this communication. My apologies if this is in any way viewed as improper.

    I am available this week, Friday March 17, and March 20, 22, 24 of next week, and March 27, 28, 29, 31 of the following week, if those days are convenient to the court. If this is scheduled after the scheduled federal plea date, I will ask for a brief continuance, which I am certain the federal court would grant if a date were set for hearing of the Motion.

    I have served the original motion upon the Hampden District Attorney's Office, District Court Division, as well as a copy of this letter.

Sincerely,

*Edward B. Fogarty* (signature)

Edward B. Fogarty

cc: Hampden County District Court Prosecutor's Office
Encl:

## FOGARTY LEGAL SERVICES

**Edward B. Fogarty, Esq.**
101 State Street * Suite 321
Springfield, MA. 01103
Tel: (413) 827 0174
Fax – direct: (413) 737 7782
Fax – alternative: (413) 746 9801
Email: efogarty@charter.net



February 22, 2006

      RE: Comm v. Alicea, Jose 0423CR003830

Clerk
Springfield District Court
50 State Street
Springfield, MA. 01103

Dear Clerk

Subject: Motion Revise Revoke

    Attached is a Motion to Revise and/or Revoke in the referenced matter, which must be heard by Judge Ryan, the sentencing judge. Kindly mark this for hearing next week before Judge Ryan, at the court's convenience.

                                  Sincerely,

                                  Edward B. Fogarty

cc:
Encl: