

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

FILED IN CLERK'S OFFICE
2006 MAR 23 P 2: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

*Main Reception: (413) 785-0235*
*Facsimile:     (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 22, 2006

Edward B. Fogarty, Esq.
101 State Street
Springfield, MA 01103

　　Re:  United States v. Jose Alicea
　　　　 Criminal No. 05-30036-MAP

Dear Attorney Fogarty:

　　In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with a copy of the enclosed Motion and Affidavits filed in United States v. Ruiz, Cr. No. 05-30038-MAP.

　　Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TODD E. NEWHOUSE
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Enclosure
cc: Bethany Healy,
　　Courtroom Clerk
　　Hon. Kenneth P. Neiman
　　United States Magistrate Judge
　　w/o enclosure