

# MEMORANDUM

**To:** Honorable Kenneth P. Neiman, U.S. Magistrate Judge

**From:** Christopher R. Wylie, Electronic Monitoring Specialist

**Re:** ALICEA, Jose

**Date:** April 24, 2006

As Your Honor is aware, Mr. Alicea was released on June 17, 2005 on conditions of release to include electronic monitoring and to maintain residence.

On September 9, 2005, Mr Alicea was found in violation of his state probation and was detained. On December 20, 2005, Mr. Alicea appeared before Your Honor and was released on conditions as set on June 17, 2005.

Mr. Alicea maintained his residence at 59 Central St., Springfield, MA with his mother however, this was Section 8 housing and on January 25, 2006 Mr. Alicea moved to 15 Central St., Springfield, MA with his girlfriend Elise.

On April 21, 2006, This officer received a call from attorney Edward Fogerty stating that Mr. Alicea is being kicked out of his residence by his girlfriend. This officer spoke to Mr. Alicea who stated that he has to leave his residence because he is not getting along with his girlfriend but he has no place to live. During this conversation Mr. Alicea began yelling, "shut the F–up" at his girlfriend. This officer then Mr. Alicea not to speak this way and Mr. Alicea stated that he understood. Mr. Alicea then yelled again to, "shut the F–up".

This officer requested that a warrant be issued for his arrest based on Mr. Alicea not able to reside at 15 Central St., Springfield, MA as well as his unstable behavior during the telephone conversation noted above.

This officer respectfully requests that Mr. Alicea appear before the court and show cause why his bail should not be revoked.

KPN
4/24/06

cc: Todd Newhouse, AUSA
    Edward Fogarty, Esq.

Reviewed by: *[signature]*
John R. Riley,
Chief Pretrial Services Officer