AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____   District of   ____MASSACHUSETTS____

UNITED STATES OF AMERICA

V.

JOSE ALICEA

**WARRANT FOR ARREST**

Case Number:   05-30037-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSE ALICEA
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation of *Conditions of Pretrial Release*   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Failure to maintain residence

in violation of Title _____ United States Code, Section(s) _____

KENNETH P. NEIMAN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

CHIEF MAGISTRATE JUDGE
Title of Issuing Officer

April 21, 2006 at Springfield, MA
Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

*[stamp: I hereby certify on 4-21-06 that the foregoing document is true and correct copy of the electronic docket in the captioned case ☐ electronically filed original filed on ___ ☐ original filed in my office on ___ Sarah A. Thornton, Clerk, U.S. District Court, District of Massachusetts By: Deputy Clerk]*

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant   at 15 Central Street - 2nd Floor - 8:55 PM - Springfield MA.

| DATE RECEIVED 4/21/2006 | NAME AND TITLE OF ARRESTING OFFICER Michael C. Nelson Criminal Investigator | SIGNATURE OF ARRESTING OFFICER *[signature]* #5279 |
| --- | --- | --- |
| DATE OF ARREST 4/21/2006 | | |