UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )       CRIMINAL NO: 05 30037
V.                          )
JOSE ALICEA,                )
  Defendant        )

## MOTION TO CONTINUE CHANGE OF PLEA

  The undersigned requests to continue a scheduled change of plea from June 29, 2006, to a mutually agreeable date. As grounds, counsel has been called for trial in Berkshire County Superior Court, Pittsfield, MA., before Ford, J., in Comm. V. Coty, a trial pursuant to M.G.L. CH. 123A Sexually Dangerous Person statute. Trial began today, June 28, 2006, and will continue Thursday and Friday. Counsel is generally available in July except July 14, 25, 27. Counsel is unavailable beginning July 31 through August 28. From August 29 through September counsel is generally available.

            THE DEFENDANT
            By His/Her Attorney

            */s/ Edward B. Fogarty*

            Edward B. Fogarty, Esquire
            101 State Street - Suite 321
            Springfield MA. 01103
            Tel: (413) 827 0174
            Fax: (413) 737 7782
            BBO: 173090

Date: June 28, 2006

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be served upon all parties, via hand service, 1st class mail, email or facsimile.

                       Edward Fogarty

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 05 30037 |
| V. | ) | |
| JOSE ALICEA, | ) | |
|    Defendant | ) | |

### MOTION TO CONTINUE CHANGE OF PLEA

    The undersigned requests to continue a scheduled change of plea from June 29, 2006, to a mutually agreeable date. As grounds, counsel has been called for trial in Berkshire County Superior Court, Pittsfield, MA., before Ford, J., in Comm. V. Coty, a trial pursuant to M.G.L. CH. 123A Sexually Dangerous Person statute. Trial began today, June 28, 2006, and will continue Thursday and Friday. Counsel is generally available in July except July 14, 25, 27. Counsel is unavailable beginning July 31